KRISTIN SPENCER
ASSISTANT UNITED STATES ATTORNEY
411 WEST FOURT STREET, SUITE 8000
SANTA ANA, CA 92701
714-338-3531

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 21-00221-JLS |
| v. | |
| VINCENT BINDI, | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**
Under Seal Document, Government's Ex Parte, [Proposed] Order Sealing

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| October 13, 2023 | KRISTIN SPENCER |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**